IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM A. LUCAS-BEY, )
)
        Petitioner, )
)
v. ) 1:07CV275
)
ANTHONY HATHAWAY, III, )
)
        Respondent. )

### **J U D G M E N T**

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Respondent's motion to dismiss (docket no. 4) is granted, that the habeas petition (docket no. 1) is denied, and that this action be, and the same hereby is, dismissed.

**IT IS FURTHER ORDERED AND ADJUDGED** that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

_/s/ Russell A. Eliason_
**United States Magistrate Judge**

November 20, 2007